17 P.3d 790

Berney D. SNYDER and Rowena N. Snyder, husband and wife; Berney D. Snyder, as Personal Representative of the Estate of Caren Dorn Thomas, Deceased, Plaintiffs/Appellees,

v.

TUCSON POLICE PUBLIC SAFETY PERSONNEL RETIREMENT SYSTEM BOARD, a political subdivision of the City of Tucson, Arizona; Michael A. Thomas, Defendants/Appellants.

No. CV–00–0034–PR.

Supreme Court of Arizona.

Jan. 11, 2001.

## ORDER

The Petition for Review in this matter came before the Court on January 9, 2001. On consideration,

IT IS ORDERED that the Petition for Review is granted.

IT IS FURTHER ORDERED that this case is remanded to the Court of Appeals to reconsider its opinion in light of our recent opinion: *Parada v. Parada*, 196 Ariz. 428, 999 P.2d 184 (2000), filed April 19, 2000.

IT IS FURTHER ORDERED denying Appellant Thomas' Request for Attorneys' Fees and Costs.